UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

vs.                                                                              Case No. 8:18-CR-492-T-27JSS

DONALD DUSSELL

_____/

ORDER

**BEFORE THE COURT** is Defendant's correspondence, construed as a motion to remove federal detainer and/or appear for arraignment on the Indictment (Dkt. 84) and the Response in Opposition of the United States(Dkt. 86). The construed motion is DENIED.

Defendant is in pre-trial custody of the State of Florida on unrelated state charges, with a federal detainer for the Indictment in this case having been lodged against him. He has not been taken into federal custody and therefore his right to be taken before a magistrate judge "without unnecessary delay" under Rule 5(a), Fed.R.Crim.P. is not applicable. *Kulyk v. United States*, 414 F.2d 139, 142 (5th Cir. 1969) (Rule 5(a) does not apply when a prisoner is in state custody). And the time limits in the Speedy Trial Act, 18 U.S.C. § 3161(c), do not begin to run until he appears before "a judicial officer of the court in which (the) charge (was) pending." *United States v. Umbower*, 602 F.2d 754, 758–59 (5th Cir. 1979); *United States v. Shahryar*, 719 F.2d 1522, 1524 (11th Cir. 1983).

**DONE AND ORDERED** this 7th day of October, 2019.

JAMES D. WHITTEMORE
United States District Judge

Copies to: Defendant, Counsel of Record