# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

United States of America,

vs.  Case No.: 8:18-CR-492-T-27JSS

Donald Dussell,
_____/

## Notice of Default/Motion to Dismiss

Defendant, Donald Dussell, in pro se, hereby notifies this Honorable Court of the United States's default status on its order directing the United States to respond to Defendant's Motion to Remove Federal Detainer and/or Appear For Arraignment on the Indictment within 10 days of the Court Order dated September 30, 2019. In support of the motion the Defendant states:

The United States has defaulted on this Court's Order as the alotted 10 days for its response ended on October 14, 2019. October 14th was 10 business days from the Court order. The instant motion is submitted on October 15, 2019.

The Defendant thereby requests that this Honorable Court act upon his motion and remove the Federal Detainer lodged against him. Respectfully Submitted,

Donald Dussell #1800228