**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

v.  **CASE NO: 8:18-cr-492-JDW-JSS**

**DONALD DUSSELL**

_____

**ACCEPTANCE OF PLEA OF GUILTY**
**AND ADJUDICATION OF GUILT**

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to Count Ten of the Indictment is now accepted and the Defendant is adjudged guilty of such offense.

Sentencing is hereby scheduled for May 20, 2021 at 9:00 A.M. Counsel of record and/or the United States Probation Office shall contact the courtroom deputy should it be anticipated that this hearing will exceed thirty (30) minutes.

IT IS SO ORDERED in Tampa, Florida this 4th day of March, 2021.

/s/ *James D. Whittemore*
**JAMES D. WHITTEMORE**
**UNITED STATES DISTRICT JUDGE**

Copies to:    U.S. Attorney's Office
              U.S. Probation Office
              U.S. Marshal's Office
              U.S. Pretrial Services
              Counsel
              Defendant